United States District Court
Southern District of Texas
**ENTERED**
December 05, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JAIME RAMIREZ D/B/A CUSTOM AUTOMATIC CONTROLS, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | 3:23-CV-52 |
| PARKLINE, INC. D/B/A PARKLINE DELANEY ROAD, INC., | § § § | |
| Defendant. | § § | |

## STIPULATED DISMISSAL

On December 5, 2023, the parties filed a joint stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 20.

Accordingly, it is hereby **ORDERED** that all claims asserted by any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

Signed on Galveston Island this 5th day of December, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE